EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

TRACY A. HINO        #3202
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 7 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>NAZIR HAYDER,<br>aka SYED NASEER RAZA,<br><br>        Defendant. | CR. NO. CR05-00493 HG<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 1015(a);<br> 1546(a)] |

INDICTMENT

**COUNT 1**

The Grand Jury charges that:

On or about November 21, 2000, in the District of Hawaii, NAZIR HAYDER, aka SYED NASEER RAZA, did utter, use, and possess a United States Immigrant Visa knowing it to have been procured by means of a false claim and statement or otherwise

procured by fraud and unlawfully obtained.

In violation of Title 18, United States Code, Section 1546(a).

### COUNT 2

The Grand Jury further charges that:

On or about September 6, 2005, within the District of Hawaii, NAZIR HAYDER, aka SYED NASEER RAZA, did knowingly make a false statement under oath, in a case, proceeding, and matter relating to naturalization and citizenship, to wit: he stated that all the information contained in his Application For Naturalization (Form N-400) was true and correct when in-fact he knew that it was not.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 18, United States Code, Section 1015(a).

DATED: NOV 17        , 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY


EDWARD H. KUBO
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney


United States v. Nazir Hayder,
aka Syed Nasser Raza
Cr. No. _____
"Indictment"